AO 245H (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
**Sep 23, 2014**
SEAN F. McAVOY, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
| v. | (For a Petty Offense) — Short Form |
| MONTIJO, JULIO C | 1:14-PO-8151-JPH-1 |
| 428 N BEECH AVE | Case No.  EW61   4397006 |
| | USM No. |
| PASCO, WA 99301 | Pro se |
| | Defendant's Attorney |

**THE DEFENDANT:** MONTIJO, JULIO C

☑ **THE DEFENDANT** pleaded guilty to count(s)   1 of the citation.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 50 C.F.R. § 27.31(g) | Driving Without A Valid Drivers License | 6/01/2014 | 1 |

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.

| | **Assessment** | **Fine** | **Processing Fee** |
|---|---|---|---|
| **Total:** $535.00 | $ 10.00 | $ 500.00 | $ 25.00 |

Last Four Digits of Defendant's Soc. Sec. No.:  1714

Defendant's Year of Birth:  1995

City and State of Defendant's Residence:
PASCO, WA

September 19, 2014
Date of Imposition of Judgment

*/s/ James P. Hutton*
Signature of Judge

Magistrate Judge James P. Hutton
Name and Title of Judge

September 23, 2014
Date